IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CAN CAPITAL ASSET SERVICING, INC., | § § § | |
| *Plaintiff,* | § § | SA-20-CV-00256-DAE |
| vs. | § § § | |
| VINSON CONSTRUCTION, LLC, MICHAEL VINSON, | § § § | |
| *Defendants.* | § § | |

## **ORDER**

Before the Court in the above-styled and numbered cause of action is Plaintiff's Motion for Default Judgment [#7]. The motion was referred to the undersigned for a report and recommendation on July 6, 2020. The record reflects that Plaintiff served all Defendants with her Complaint and Summons on March 6, 2020 [#4]. To date, Defendants have failed to file an answer or otherwise make an appearance in this case. Plaintiff moved for a Clerk's Entry of Default, which was granted and entered on June 26, 2020 [#6]. Plaintiff now moves for a Final Default Judgment against Defendants. To ensure that Defendants receive proper notice of these court filings and an opportunity to cure their default prior to the Court's issuance of a Final Default Judgment,

**IT IS HEREBY ORDERED** that the District Clerk's Office mail a copy of this Order, as well as Docket Entries #6 and #7 by regular United States mail and certified mail, return receipt requested, to:

Michael Vinson
4100 State Highway 46W
New Braunfels, TX 78132

1

**IT IS FURTHER ORDERED** that Defendants file any response to Plaintiff's Motion for Default Judgment [#7] on or before **July 24, 2020**.

SIGNED this 7th day of July, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE